UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 25-04834
JORGE NEGRETE, )
    Debtor(s) ) Chapter 7
) Judge Timothy A. Barnes

### NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on **June 25, 2025** at **9:00 AM**, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, either in **Courtroom 744** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or** electronically as described below, and present the motion of **Debtors** to **Convert case from Chapter 7 to Chapter 13**, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    You may appear electronically by video or by telephone.

    **To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and passcode.** The meeting ID for this hearing is: **161 329 5276 and the passcode is 433658**. The meeting ID and passcode can also be found on the judge's page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    /s/ Vaughn White
    Vaughn White
    VW LAW LLC
    Attorney for Debtor(s)
    1755 Park St, Suite 200
    Naperville, IL 60563
    312-888-0131
    ARDC # 6198291

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 16, 2025.

                                            /s/ Vaughn White
                                            Vaughn White

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 25-04834-TAB

Jorge Negrete Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2

Date Rcvd: Mar 31, 2025      Form ID: 309A      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge Negrete, 4847 155th St, Oak Forest, IL 60452-3534 |
| 31364085 | | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: vaughn@vaughnwhite.com | Mar 31 2025 23:44:00 | Vaughn A White, Vw Law LLC, 1700 Park St, Suite 203, Naperville, IL 60563 |
| tr | + | EDI: BADMOGLIA | Apr 01 2025 03:26:00 | Alex D Moglia, ESQ, Moglia Advisors, 1325 Remington Rd, Ste H, Schaumburg, IL 60173-4815 |
| 31364083 | + | EDI: CAPITALONE.COM | Apr 01 2025 03:26:00 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 31364084 | + | EDI: CAPITALONE.COM | Apr 01 2025 03:26:00 | CAPITAL ONE/CABELAS, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 31364086 | + | EDI: PHINAMERI.COM | Apr 01 2025 03:26:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 31364087 | + | EDI: IRS.COM | Apr 01 2025 03:26:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 31364088 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 31 2025 23:44:00 | SHELLPOINT MORTGAGE, 601 OFFICE CENTER DR STE, FORT WASHINGTON, PA 19034-3275 |
| 31364089 | + | EDI: SYNC | Apr 01 2025 03:26:00 | SYNCB/ASHLEY HOMESTORE, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Alex D Moglia, ESQ | amoglia@mogliaadvisors.com IL31@ecfcbis.com |
| Vaughn A White | on behalf of Debtor 1 Jorge Negrete vaughn@vaughnwhite.com vaughn@vaughnwhite.com;paralegal@vaughnwhite.com;VWLAWLLC@jubileebk.net |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                )
                                      )   Case No. 25-04834
JORGE NEGRETE,                        )
          Debtor(s)                   )   Chapter 7
                                      )   Judge Timothy A. Barnes

**MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13**

NOW COMES the Debtor, Jorge Negrete, by attorney Vaughn A. White, and moves this court pursuant to 11 USC Section 706(a) to convert this matter to Chapter 13 proceeding in support thereof states as follows:

1. The Debtor in this cause proceeded under Chapter 7 during which time it was determined the debtor's equity in his vehicle is $18,737.00.

2. The Debtor is not able to purchase the equity from the estate, thereby necessitating a conversion to Chapter 13.

3. The Debtor is acting in good faith requesting conversion to Chapter 13 both to preserve his vehicle and to repay creditors under a Chapter 13 plan.

Respectfully Submitted,

*/s/ Vaughn A. White*
Vaughn A. White
Attorney for Debtor

Vaughn A. White
Illinois ARDC # 6198291
VW LAW LLC
Attorney for Debtor(s)
1700 Park St., Suite 203
Naperville, IL  60563
630-429-9010
vaughn@vaughnwhite.com